

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

L<small>ETITIA</small> J<small>AMES</small>
A<small>TTORNEY</small> G<small>ENERAL</small>

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8561

April 23, 2020

By ECF
Hon. Ronnie Abrams
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> Application granted.  The initial status conference scheduled for July 31, 2020 will instead take place on July 24, 2020 at 10:45 a.m.  The parties' joint letter is due no later than July 17, 2020.
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> April 27, 2020

Re:   Jane Stone #s 1-5 v. Annucci, *et al.*,
      20-CV-1326 (RA) [rel. 16-CV-01473 (RA)]

Dear Judge Abrams:

I am an Assistant Attorney General with the New York State Office of the Attorney General. I write, respectfully, to request that the Initial Conference scheduled for July 31, 2020, at 11:00 am, see Docket at No. 15, be adjourned to a date earlier that same week (available dates are July 27, 28, and 29), or the week before (available date are July 21, 22, and 24). The reason for the requested change is that I have an 11:30 am conference on July 31, 2020 before Judge Roman in White Plains in the matter of Booker v. Griffin, *et al.*, 16CV00072 (NSR).

I have conferred with plaintiffs' counsel and they have consented to this application and have confirmed their availability on the dates listed herein.

Respectfully submitted,

*/s/ Neil Shevlin*
Neil Shevlin
Assistant Attorney General
(212) 416-8561
Neil.Shevlin@ag.ny.gov

cc: Daniel A. McGuinness, Esq.
    Zachary Margulies-Ohnuma, Esq.
    Victoria Medley, Esq.
    Counsel for Plaintiffs