**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------x
YEKATRINA PUSEPA,                                      :
                                                       :
                Plaintiff,                             :         No. 17-CV-7954 (RA) (OTW)
                                                       :
        -against-                                      :
                                                       :                  ORDER
ANTHONY J. ANNUCCI, et al.,                            :
                                                       :
                Defendants.                            :
                                                       :
-------------------------------------------------------x
```

```
-------------------------------------------------------x
JANE STONE #1, et. al.,                                :
                                                       :
                Plaintiff,                             :         No. 20-CV-1326 (RA) (OTW)
                                                       :
        -against-                                      :
                                                       :                  ORDER
ANTHONY J. ANNUCCI, et al.,                            :
                                                       :
                Defendants.                            :
                                                       :
-------------------------------------------------------x
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------x
JANE SMITH and MARY DOE,                               :
                                                       :
                Plaintiffs,                            :         No. 21-CV-1715 (RA) (OTW)
                                                       :
        -against-                                      :
                                                       :                  ORDER
ANTHONY J. ANNUCCI, et al.,                            :
                                                       :
                Defendants.                            :
                                                       :
-------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Court held a status conference in these related matters on November 1, 2022.

Pursuant to rulings made on the record at the status conference, the parties are directed as follows:

Parties in all three cases shall file monthly joint status letters on their respective dockets by the last business Friday of each month, beginning **December 23, 2022**.

Defendants in *Pusepa* shall produce to Plaintiff in *Pusepa* all documents withheld on the basis of deliberative process and/or law enforcement privilege. If Defendants believe that a particular document or set of documents should still be protected, they must identify those documents to Plaintiff's counsel, articulate why they should be protected in light of the privilege rulings made at the status conference, and engage in a fulsome meet and confer **before** filing a motion for a protective order. Defendants' deadline to file a protective order with respect to these documents is **November 10, 2022**. Plaintiff's counsel is to file a joint status letter on this issue by **November 18, 2022**.

Defendants in *Smith* shall produce to Plaintiffs in *Smith* the OSI files discussed at the November 1 status conference. The parties shall meet and confer on this issue and report its status to the Court in their monthly joint status letter due December 23, 2022.

The Clerk of Court is respectfully directed to close ECF No. 200 in *Pusepa v. Annucci et. al.*, 17cv7954.

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: November 1, 2022
New York, New York