**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
JANE STONE #1, et. al.,

        Plaintiff,

        -against-

ANTHONY J. ANNUCCI, *et al.*,

        Defendants.

------------------------------------------------------------x

No. 20-CV-1326 (RA) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF Nos. 121 and 123.

The Court will hold an in-person status conference in this matter on **Wednesday, February 1, 2023 at 2:00 p.m.** The parties shall file a joint conference agenda by January 30, 2023.

**SO ORDERED.**

Dated: January 10, 2023
      New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge