UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
JANE STONE #1, et. al.,

        Plaintiff,

        -against-

ANTHONY J. ANNUCCI, *et al.*,

        Defendants.
------------------------------------------------------------x

No. 20-CV-1326 (RA) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court held a status conference in this matter on February 1, 2023.

Pursuant to rulings made on the record at the status conference, Defendants shall produce to Plaintiffs the documents at issue in ECF Nos. 121 and 123 on a rolling basis.

Defendants' request to limit the number of Plaintiffs' interrogatories is **DENIED** for the reasons stated at the status conference.

The parties are directed to refer to the transcript of the February 1 status conference for additional detail on the Court's rulings.

The Clerk of Court is respectfully directed to close ECF 121.

**SO ORDERED.**

Dated: February 1, 2023
      New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge