# ZMO Law PLLC

March 28, 2025

*Via ECF and email*

Hon. Ona T. Wang
Southern District of New York
US Courthouse, SDNY
40 Foley Square
New York, NY 10007

      RE: *Jane Stone v. Annucci (SDNY)*, 20 Civ. 1326 (RA)(OTW)

Dear Judge Wang:

    This office represents the Plaintiffs in the above-captioned matter. We write to request that the Court issue a subpoena for Plaintiff Jane Stone #7's medical records from her period of incarceration. Counsel has endeavored to get these records, but is facing significant difficulties in large part because the entity has not responded to: (i) the specialized authorization release form which the entity required Jane Stone #7 to execute and submit; (ii) a letter submitted on February 26, 2025; and, (iii) numerous attempts to contact the entity by phone.

    Further delay in obtaining the records has the potential to delay the deposition of Plaintiff Jane Stone #7.

    As such, we are requesting the Court issue the attached subpoena. We are further requesting permission to submit the subpoena under seal, as it contains the Plaintiff Jane Stone #7's name, and the specific location where she received medical care.

    Thank you for your attention to this case.

                                        Very truly yours,

                                        *Tess M. Cohen*

                                        Tess M. Cohen
                                        Partner

Encls. Requested Subpoena

CC: All Counsel (via ECF)

353 Lexington Avenue, Suite 900 • New York, NY 10016
(212) 685-0999 • tc@zmolaw.com
www.zmolaw.com