

**MEMO ENDORSED.**

**Office of the New York State**
**Attorney General**

**Letitia James**
**Attorney General**

December 2, 2025

<u>By ECF</u>
Hon. Ona T. Wang
United State Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:     <u>Stone, et al. v. Annucci, et al.</u>, 20-CV-1326 (RA) [rel. 16-CV-01473 (RA)]

Dear Magistrate Judge Wang:

I write respectfully on behalf of the state represented defendants, Anthony Annucci, Jason Effman, Nancy Lopez, and Keffion Lovelace, to request that the status conference scheduled for January 20, 2026, at 10:00 am, Dkt. # 275, be adjourned to one of the following dates wherein all the parties are available: January 15, 28, or 29 after 11:00 am. The reason for the requested adjournment is that I will be out of state on vacation the week of January 19, 2026.

I have conferred with all counsel, and they consent to this request. This is the state represented defendants' first request for an adjournment of the January 20, 2026 status conference.

Thank you for your attention to these matters.

Respectfully submitted,

/s/  Neil Shevlin
NEIL SHEVLIN
Assistant Attorney General
212-416-8561
Neil.Shevlin@ag.ny.gov

cc: Counsel for all parties (by ECF)

The January 20, 2026 conference is adjourned to **January 28, 2026,** at 11:00 a.m.

SO ORDERED.

Ona T. Wang    December 19, 2025
U.S.M.J.