**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

JANE STONE #1, et al.,                                    :

                Plaintiffs,           :            No. 20-CV-1326 (RA) (OTW)

               -against-            :

                               :            **ORDER**

ANTHONY J. ANNUCCI, et al.,                    :

               Defendants.         :

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

In light of the parties' recent status letter, (ECF 257), the fact discovery deadline is extended *nunc pro tunc* to **May 28, 2026**.

The Court will hold a discovery status conference in this matter on **Thursday, May 28, 2026 at 11:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties are directed to file a joint agenda by **May 26, 2026** which shall include a proposed schedule for completing expert and fact discovery.

      SO ORDERED.


                                    */s/ Ona T. Wang*

Dated: May 12, 2026                                          **Ona T. Wang**
       New York, New York                          United States Magistrate Judge